UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re: Jorjio Velez )   13 B 25551
XXX-XX-8506 )
 ) Judge Wedoff
Debtor(s) )

ORDER TO PAY FUNDS TO THE TRUSTEE

TO: Northwestern Memorial Hospital
Attn: Payroll Dept.
541 N. Fairbanks Ct., Suite 2500
Chicago, IL 60611

WHEREAS, the above named debtor has submitted a plan to pay his debts out of future earnings, and by his plan submits all of his future earnings to the supervision and control of this Court for the purpose of carrying out the plan.

NOW THEREFORE, IT IS ORDERED, that Northwestern Memorial Hospital employer of Jorjio Velez deduct from the earnings of the debtor, the sum of $265.39 each PAY PERIOD beginning on the next pay day following receipt of this order and to pay the sum so deducted to the Chapter 13 Trustee, at least once a month at the following address:

Office of the Chapter 13 Trustee
PO Box 2031
Memphis, TN 38101-2031

IT IS FURTHER ORDERED: that the employer shall change the amount of the deduction upon written notice from the Trustee.

IT IS FURTHER ORDERED: that the employer shall stop the deduction upon written notice from the Trustee.

IT IS FURTHER ORDERED: that the employer notify the Trustee if the employment of the debtor is terminated and the reason for such termination.

IT IS FURTHER ORDERED: that all earnings of the debtor, except amounts required to be withheld by the provisions of Federal or State law or for insurance, pension or union dues, be paid to the debtor and that no deduction other than authorized or directed by this order be made by the employer.

ENTERED: 7/9/13

UNITED STATES BANKRUPTCY JUDGE

I agree to the entry of this order without further notice or hearing.

Debtor or Attorney    Date

THIS ORDER WAS PREPARED BY:
DAVID M. SIEGEL & ASSOCIATES
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100